UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Christine Suk Ko,<br><br>    Plaintiff<br>v.<br><br>Progressive Direct Insurance Company,<br><br>    Defendant | Case No. 2:25-cv-01164-JAD-BNW<br><br>**Order Granting Unopposed Motion to Remand**<br><br>ECF No. 7 |

Plaintiff Christine Suk Ko moves to remand this insurance-bad-faith case back to Nevada's Eighth Judicial District Court, arguing that the case value does not meet the federal threshold.[1] Any opposition to the motion was due by August 5, 2025, but the defendant neither filed an opposition nor moved to enlarge the deadline to do so. Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion."[2] I construe the removing defendant's silence as consent to grant the motion, and I do.

IT IS THEREFORE ORDERED that the motion to remand **[ECF No. 7] is GRANTED**; **the Clerk of Court is directed to REMAND this case** back to the Eighth Judicial District Court, Case Number A-25-918388, Department 26, along with a copy of this order; **VACATE the hearing** scheduled for August 26, 2025; and **CLOSE THIS CASE.**

---

[1] ECF No. 7.

[2] L.R. 7-2(d).

This case returns to state court with no motions pending.

_____
U.S. District Judge Jennifer A. Dorsey
August 12, 2025